FLORENCE LeFELT AND REUBEN LeFELT, PLAINTIFFS-RESPONDENTS, v. WASILI NASAROW, *ET AL.*, DEFENDANTS, AND AETNA INSURANCE COMPANY, A CORPORATION, AND THE PHOENIX INSURANCE COMPANY, A CORPORATION, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued October 22, 1962—Decided October 29, 1962.

Before Judges CONFORD, GAULKIN and KILKENNY.

*Mr. Samuel Doan* argued the cause for appellants (*Messrs. Stalter, Doan & DeYoe,* attorneys for appellant Aetna Insurance Company; *Mr. James H. McLeod,* attorney for appellant The Phoenix Insurance Company; *Mr. Aaron Dines,* on the brief).

*Mr. Archie Elkins* argued the cause for respondents (*Mr. Robert A. Elkins,* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Kolovsky in the Law Division. *LeFelt v. Nasarow,* 71 *N. J. Super.* 538 (*Law Div.* 1962).